NOV 12 2021 PM 8:30
FILED - USDG - BPT - CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Clarence D Johnson Jr
Wa Hemiah Heating Construction

Plaintiff(s),

(Full name(s); Do not use *et al.*)

v.

Joe Biden East Coast
Obama Energy Suppliers
Trump Queen Elizabeth
CDC Unitednations
Gov Dept Energy India
Food Drug Administration
India Unitedstates

Defendant(s).

(Full name(s) and capacity, _e.g._, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. 3:21 cv 1519 (VLB)

(To be supplied
by the court)

### A. PARTIES

1. Clarence D Johnson _____ is a citizen of Illinois _____ who
   (Plaintiff)                                    (State)
   presently resides at 3150 N. Racine Ave #219
   (mailing address)

2. Defendant Joe Biden Trump Obama Queen Elizabeth is a citizen of District of columbia
   (name of first defendant)                                (State)

   whose address is 1600 Penn Ave Wash DC. 20005

   and who is employed as Presidents
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ___✓___No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant __American Med Assoc/th__ is a citizen of __Illinois__
      (name of second defendant)                     (State)

whose address is ____330 WABASh Ave  Chicago Illinois__

and who is employed as ____Owner's__.
              (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ___✓___No. If your answer is "Yes," briefly explain:

K95 Free  Medical  Kidnapphs's  United nation/United States CDC  Foreign  Policy  World Pandemics

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. § 1983 (applies to state defendants)

_____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____International / Federal_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Due Process violations    Buisness LABOR
LAW    EPA    extortion
Corruption    CANADA    Foreign Policy
ERS    DepT LABOR    Nehemiah
Corruption    Heating Construction
extortion
Charges

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**    International    ChilD Trafficking
Human    Traffiking    United states
United    nations    Illeigal mandates

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Senior    Contact    Cochran LAW
Judge    FBI    1-800-843
212-963-4475    513    -3476
Alayne Frankson    -421-4310
wallace    Ansela Byras    EAST
U.S conflict    Kamala    COAST    Group
of    Hanis    Energy
Interest    Singapore International    1-800-545
                    energy    9155

**Claim II**:  _____

_____

_____

Supporting Facts:

**Claim III**:  _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes \_\_\_\_\_          No \_\_\_\_\_

_____          _____

Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____          _____

Printed Name_____Printed Name

_____          _____

_____          _____

( \_\_ )_____          ( \_\_ )_____

Attorney's full address and telephone          Plaintiff's full address and telephone

_____          _____

Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
　　　　　　　　(location)　　　　　　　　　　(date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5